**FILED**
July 12, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
__we__
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>            Plaintiff,                         )<br>v.                                                      )<br>                                                           )<br>WILLIAM BROWN,                       )<br>                                                           )<br>            Defendant.                      ) | CASE NUMBER: 2:12-cr-00250-KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>William Brown</u>; Case <u>2:12-cr-00250-KJM</u> from custody and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    ___    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by defendant's father

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>7/13/2012</u> at <u>2:30</u>.

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge