1  WILLIAM H. DU BOIS, SBN 46111
   Traback, Du Bois, & Ikuma
2  5674 Stoneridge Drive, Suite 210
   Pleasanton, CA 94588
3  Ph. (925) 463-3311
   Fax (925) 463-3818
4
5  Attorneys for William L. Brown

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12-CR-00250-TLN |
|---|---|
| Plaintiff | ) |
| vs. | ) **STIPULATION REGARDING** |
|  | ) **PRETRIAL RELEASE** |
| WILLIAM L. BROWN, | ) **SUPERVISION;** |
|  | ) **FINDINGS AND ORDER** |
| Defendant. | ) |

## STIPULATION

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that William L. Brown be released from all conditions of pretrial services, including pretrial release supervision. However, the unsecured $50,000 bond shall remain in full force and effect, and his passport shall remain in the custody of the clerk of the court. This recommendation is being made due to Mr. Brown's diligent compliance with pretrial supervision.

IT IS SO STIPULATED.

Dated: June 16, 2014

By: /S/
WILLIAM H. DU BOIS
Attorneys for Defendant,
William L. Brown

Dated: June 16, 2014

By: /S/
MATTHEW MORRIS
Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  June 18, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE