BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM L. BROWN,<br><br>Defendant. | CASE NO. 2:12-CR-250<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 11, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for Change of Plea on March 11, 2016.

2. By this stipulation, defendant now moves to continue the Change of Plea until March 25, 2016, at 9:00 a.m. and to exclude time between March 11, 2016, and March 25, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes several hundred pages and computer forensic review materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review the discovery in light of the government's plea offer and to conduct legal research and discuss the case with his client.

    c) Counsel for defendant believe that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 11, 2016 to March 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 10, 2016                                       BENJAMIN B. WAGNER  
                                                                       United States Attorney

                                                                       /s/ MATTHEW G. MORRIS  
                                                                       MATTHEW G. MORRIS  
                                                                       Assistant United States Attorney

Dated: March 10, 2016                                       /s/ WILLIAM DUBOIS (auth. 3/10/16)  
                                                                        WILLIAM DUBOIS  
                                                                        Counsel for Defendant  
                                                                        WILLIAM BROWN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge