BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM L. BROWN,<br><br>Defendant. | CASE NO. 2:12-CR-250 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 1, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for Change of Plea on April 1, 2016.

2.      By this stipulation, defendant now moves to continue the Change of Plea until April 22, 2016, at 9:00 a.m. and to exclude time between April 1, 2016, and April 22, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes several hundred pages and computer forensic review materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review the discovery in light of the government's plea offer and to conduct legal research and discuss the case with his client and has a scheduling conflicts for the client and defense counsel to meet.

        c)      Counsel for defendant believe that failure to grant the above-requested

1    continuance would deny counsel the reasonable time necessary for effective preparation, taking

2    into account the exercise of due diligence.

3         d)    The government does not object to the continuance.

4         e)    Based on the above-stated findings, the ends of justice served by continuing the

5    case as requested outweigh the interest of the public and the defendant in a trial within the

6    original date prescribed by the Speedy Trial Act.

7         f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

8    et seq., within which trial must commence, the time period of April 1, 2016 to April 22, 2016,

9    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

10   because it results from a continuance granted by the Court at defendants' request on the basis of

11   the Court's finding that the ends of justice served by taking such action outweigh the best interest

12   of the public and the defendant in a speedy trial.

13        4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

14   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

15   must commence.

16        IT IS SO STIPULATED.

17

18   Dated:  March 31, 2016                     BENJAMIN B. WAGNER
                                                United States Attorney
19

20                                              /s/ MATTHEW G. MORRIS
                                                MATTHEW G. MORRIS
21                                              Assistant United States Attorney

22

23   Dated:  March 31, 2016                     /s/ WILLIAM DUBOIS (auth. 3/30/16)
                                                WILLIAM DUBOIS
24                                              Counsel for Defendant
                                                WILLIAM BROWN
25

26

27

28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 31, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge