WILLIAM H. DU BOIS, SBN 46111
Traback & Du Bois
5674 Stoneridge Drive, Suite 210
Pleasanton, CA 94588
Ph. (925) 463-3311
Fax (925) 463-3818

Attorneys for William L. Brown

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>WILLIAM L. BROWN,<br><br>Defendant | Case No. 12-CR-00250-GEB-3<br><br>STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE<br><br>Date: May 13, 2016<br>Time: 9:00 am<br>Judge: Honorable Garland E. Burrell |

IT IS HEREBY stipulated between the Unites States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with William H. Du Bois, attorney for defendant William L. Brown that the scheduled status conference currently set for May 13, 2016, be vacated and the matter be set for status conference on May 27, 2016.

Counsel is requesting this continuance due to necessity for further discussions of facts and law pertaining to the plea agreement and counsels unavailability due to health issues including undergoing a TAVR (Transverse catheter Aortic Valve Replacement) surgery. The later will probably require counsel to move to withdraw (motion to follow

as medical test results are received the week of May 9th).  Counsel and client will be available May 27, 2016 and accordingly request a date for further proceedings.

IT IS SO STIPULATED.

Dated: May 4, 2016

By:_____/S/_____
WILLIAM H. DU BOIS
Attorney for Defendant,
William L. Brown

Dated: May 4, 2016

By:_____/S/_____
MATTHEW MORRIS
Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  May 10, 2016

_(signature)_
GARLAND E. BURRELL, JR.
Senior United States District Judge