# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Garland E. Burrell, Jr.      **RE: William L. Brown**
Senior United States District Court Judge     **Docket Number: 0972 2:12CR00250-3**
Sacramento, California                **Request for PSR Order and Referral**

Your Honor:

On May 5, 2017, William L. Brown appeared before Your Honor and pled guilty to Count 1 of the Superseding Information. Count 1 charged Aiding and Abetting Criminal Copyright Infringement, in violation of 17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. §§ 2 and 2319(c)(3). Sentencing was set for July 28, 2017. At the change of plea hearing, a presentence report was not ordered, a sentencing disclosure schedule was not completed, and the case was not referred to U.S. Probation. On May 8, 2017, U.S. Magistrate Judge Carolyn K. Delaney was assigned to the case. On May 9, 2017, Your Honor was reassigned to the case.

On July 26, 2017, defense counsel filed a sentencing continuance request with a presentence report disclosure schedule because a presentence investigation had not been referred to U.S. Probation. On July 27, 2017, sentencing was reset for October 20, 2017.

On September 28, 2017, defense counsel filed another continuance request with a new sentencing disclosure schedule because a presentence report had not been ordered, nor had the case been referred to U.S. Probation.

U.S. Probation is not authorized to complete a presentence investigation without a court order for such. It is respectfully requested the Court order a presentence report be completed, refer the case to U.S. Probation, and adopt the sentencing disclosure schedule provided by defense counsel on September 28, 2017.

RE: **William L Brown**
   **Docket Number:  0972 2:12CR00250-3**
   <u>**Request for PSR Order and Referral**</u>

Respectfully submitted,

**Shannon L. Morehouse**
**Sr. United States Probation Officer**

Dated:   September 29, 2017
         Sacramento, California

**REVIEWED BY:**

**Hugo Ortiz**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

Dated:  October 2, 2017

_____          _____
**Date**                                    **Honorable Garland E. Burrell, Jr.**
                                        **Senior United States District Judge**

cc:   Matthew G. Morris
      Assistant United States Attorney

      Timothy H. Douglas
      Assistant United States Attorney

      Olaf W. Heldberg
      Defense Counsel

2