UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>Senior United States District Judge<br>Sacramento, California | **RE:** William L. Brown<br>Docket Number: 2:12CR00250-3<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

William L. Brown is requesting permission to travel to Nigeria, Africa. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 19, 2018, William L. Brown was sentenced for the offense of 17 USC 506(a)(1)(B), 18 USC 2 and 2319(c)(3), Aiding and Abetting Criminal Copyright Infringement (Class A Misdemeanor).

**Sentence Imposed:** 24 months probation, $25 Special Assessment (Paid). Special conditions include: Warrantless Search; Financial Disclosure; Financial Restrictions

**Dates and Mode of Travel:** From September 17, 2018, through September 24, 2018, via Turkish Airlines.

**Purpose:** Wedding.

RE: William L. Brown
Docket Number: 2:12CR00250-3
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated: August 30, 2018
Fresno, California
AG/dp

**REVIEWED BY:** *Tim D. Mechem*
**Tim D. Mechem**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

Dated: September 5, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge

2